IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| In the Matter of the Search of: | |
|---|---|
| | MJ 19-5-BU-KLD |
| LG Cellular Phone, IMEI:353778100203672, currently located at 2970 King Avenue West, Billings, Montana | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 7th day of October, 2019.

Kathleen L. DeSoto
United States Magistrate Judge

1